RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Kimberly Stamps

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00015-JCM-VCF |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION TO APPEAR BY VIDEO CONFERENCE** |
| v. | |
| KIMBERLY STAMPS, | |
| Defendant. | |

  Kimberly Stamps, through counsel, respectfully requests permission to appear by video conference for her initial appearance and detention hearing, scheduled for February 15, 2023. Ms. Stamps currently lives in Chandler, Arizona.

  On February 1, 2023, the government filed an indictment charging Ms. Stamps with conspiracy to commit mail fraud and wire fraud, mail fraud, and wire fraud. ECF No. 1. That same day, a summons was issued for an appearance on February 15, 2023.

  On February 7, 2023, undersigned counsel spoke to government counsel. Government counsel indicated they had no opposition to Ms. Stamps appearing by video conference and did not intend to seek detention.

  Ms. Stamps recently started working at her current job. She has limited financial means and allowing her to appear by video will help ease the financial burden of traveling to

Las Vegas. Ms. Stamps has agreed to waive her right to appear in person for the initial appearance and detention hearing.

For the foregoing reasons, Ms. Stamps respectfully requests permission to appear by video conference for her initial appearance and detention hearing on February 15, 2023.

DATED this 8th day of February, 2023

RENE L. VALLADARES
Federal Public Defender

By: /s/ Katherine Tanaka
KATHERINE TANAKA
Assistant Federal Public Defender
Attorney for Kimberly Stamps

Counsel must contact courtroom deputy Ari Caytuero at ari_caytuero@nvd.uscourts.gov for the proceeding's Zoom link.

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 8, 2023

2