JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
tony.lopez@usdoj.gov

CAROLYN F. RICE
CHARLES B. DUNN
Trial Attorneys
U.S. Department of Justice
Consumer Protection Branch
PO Box 386
Washington, DC  20044
Tel: (202) 451-7769; Fax: (202) 514-8742
Carolyn.F.Rice@usdoj.gov
Charles.B.Dunn@usdoj.gov

Attorney for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-0015-JCM-MDC |
| Plaintiff, | **GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| v. | |
| KIMBERLY STAMPS, JOHN KYLE MULLER, and BARBARA TRICKLE, | |
| Defendants. | |

The United States respectfully submits this unopposed motion for an extension of time to respond to Defendant Kim Stamps' motion to dismiss, which was filed on May 16, 2024. ECF No. 72. The Court's complex case scheduling order established that responses

shall be due twenty-eight days after the filing of a pretrial motion. ECF No. 40, at 7. In accordance with that order, the government respectfully requests that the Court enter an order clarifying that the government's response is due on June 13th, 2024, twenty-eight days after Defendant's motion was filed. The government has discussed this motion with counsel for Defendant Kim Stamps and Defendant Barbara Trickle, who do not oppose the motion.

Dated this 21st day of May 2024.

Respectfully submitted,

/s/ Richard Anthony Lopez
_____
RICHARD ANTHONY LOPEZ
Assistant United States Attorney


/s/ Carolyn F. Rice
_____
CAROLYN F. RICE
CHARLES B. DUNN
Trial Attorneys
Consumer Protection Branch
U.S. Department of Justice

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY STAMPS,<br><br>JOHN KYLE MULLER, and<br><br>BARBARA TRICKLE,<br><br>Defendants. | Case No. 2:23-cr-0015-JCM-MDC<br><br>**ORDER SETTING RESPONSE**<br>**DATE FOR JUNE 13, 2024** |

This matter coming before the Court on the United States' motion for an extension of time to respond to Defendant Kim Stamps' motion to dismiss, and in accordance with the Court's complex case scheduling order, the Court orders as follows:

1. The government's response shall be filed on or before June 13, 2024.

IT IS SO ORDERED:

_____          May 28, 2024
THE HONORABLE JAMES C. MAHAN            Date
UNITED STATES DISTRICT JUDGE

3