RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Kimberly Stamps

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Kimberly Stamps,<br><br>　　　　Defendant. | Case No. 2:23-cr-0015-JCM-MDC<br><br>**Defendant Stamps' Unopposed Motion to Extend Time** |

Defendant Kimberly Stamps requests an extension of time to reply to the government's response to her motion to dismiss. Ms. Stamps filed her motion to dismiss on May 16, 2024. ECF No. 72. The government responded twenty-eight days later, on June 13, 2024. ECF No. 75. Pursuant to this Court's scheduling order, ECF No. 40, Ms. Stamps has twenty-one days within which to file a reply. Ms. Stamps therefore respectfully requests that this Court extend Ms. Stamps' reply deadline to July 4, 2024.

1  Undersigned defense counsel has discussed this motion with counsel for
2  the government, who do not oppose the motion.

4  DATED this 14th day of June, 2024.

                              RENE L. VALLADARES
                              Federal Public Defender

                     By: */s/ Joy Chen*
                              Joy Chen
                              Assistant Federal Public Defender
                              Attorney for Kimberly Stamps

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KIMBERLY STAMPS,<br><br>        Defendant. | Case No. 2:23-cr-0015-JCM-MDC<br><br>**ORDER SETTING REPLY DEADLINE** |

This matter coming before the Court on defendant Stamps' motion for an extension of time to reply to the government's response to her motion to dismiss, and in accordance with the Court's complex case scheduling order, IT IS ORDERED that:

1. Defendant Stamps' reply shall be filed on or before July 4, 2024

DATED June 17, 2024.

_____
UNITED STATES DISTRICT JUDGE

3