RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joy_Chen@fd.org

Attorney for Kimberly Stamps

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:23-cr-00015-JCM-MDC |
| Plaintiff, | **Unopposed Motion for Release of Property** |
| v. | |
| Kimberly Stamps, | |
| Defendant. | |

Kimberly Stamps, through undersigned counsel, hereby moves for the release of her property—specifically, her passport and passport card—from the custody of the United States Pretrial Services Office for the District of Nevada (Pretrial Services). The government does not oppose this request.

On February 1, 2023, the government filed a twelve-count indictment against Ms. Stamps alleging that she committed the offenses of Conspiracy, 18 U.S.C. § 1349; Mail Fraud, 18 U.S.C. § 1341; and Wire Fraud, 18 U.S.C. § 1343. Ms. Stamps made her initial appearance on February 15, 2023, and was released pending trial. ECF No. 25. As a condition of her pretrial release, Ms. Stamps was

required to surrender her passport and passport card to Pretrial Services, which she did. ECF No. 33.

On October 25, 2024, this court dismissed the indictment against Ms. Stamps without prejudice, based on the government's speedy trial violations. The government reindicted Ms. Stamps on December 3, 2024. *See United States v. Stamps*, Case No. 2:24-cr-00258-JAD-DJA, at ECF No. 1.

On December 23, 2024, Ms. Stamps was again released pending trial—but this time, the magistrate judge did not require Ms. Stamps to surrender her passport to Pretrial Services. ECF No. 8, 11. The Court imposed the standard conditions of release (that Ms. Stamps not violate any laws, that she cooperate in DNA collection if required, that she appear in court, and that she advise Pretrial Services before changing residence), but it did not impose any additional special conditions of release. *Id.* In releasing Ms. Stamps without special conditions, the magistrate judge recognized that Ms. Stamps committed no pretrial violations whatsoever during the nearly two years she awaited trial on the case before this Court.

Ms. Stamps now moves this Court to enter an order directing Pretrial Services to release her passport and passport card from their custody. Undersigned counsel has spoken to Pretrial Services Officer Emily McKillip about this matter, and Officer McKillip has confirmed that Pretrial cannot release Ms. Stamps' property absent an order from this Court. Absent a court order directing the release of Ms. Stamps' passport and passport card, Pretrial Services will have to send Ms. Stamps' property to the State Department.

Because the above-captioned case against Ms. Stamps was dismissed, and because Ms. Stamps is not currently under any court order to surrender her

travel documents to Pretrial Services, she is entitled to the return of her property. She therefore respectfully requests that this Court direct the Pretrial Services office for the District of Nevada to release her passport and passport card to her.

DATED: February 21, 2025.

Rene L. Valladares<br>
Federal Public Defender<br><br>
By: <i>/s/ Joy Chen</i><br>
Joy Chen<br>
Assistant Federal Public Defender<br>
Counsel for Kimberly Stamps

IT IS SO ORDERED. The governement does not oppose and the motion is GRANTED. Pretrial Services is directed to release Kimberly Stamps's passport and passport card from their custody to Ms. Stamps.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 3-10-25